IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

---

WILLIAM W. MCGEE, on behalf
of himself and all others similarly situated,

              Plaintiff,

-against-

CONTINENTAL TIRE NORTH AMERICA, INC.

              Defendant.

Civil Action No. 2:06-CV-06234 (GEB) (CCC)

---

AFFIDAVIT OF JENNIFER M. KEOUGH
ON REQUESTS FOR EXCLUSION FROM THE ABOVE CLASS ACTION SETTLEMENT

STATE OF WASHINGTON    )
                                   ) ss.:
COUNTY OF KING             )

Jennifer M. Keough, being duly sworn, states:

1.     I am a Senior Vice President of The Garden City Group, Inc. ("GCG") and Managing Director of GCG's West Coast Regional Office. The following statements are based on my personal knowledge and information provided by other GCG employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

2.     GCG was appointed by the Court as the Notice and Settlement Administrator to develop and implement a legal notice program ("Notice Program") to inform class

AFFIDAVIT OF JENNIFER M. KEOUGH - 1

members of the proposed class action settlement between plaintiffs and Continental Tire North America, Inc. ("Defendant").

3.      Pursuant to the terms of the Agreement, class members wishing to opt out of the Settlement were required to do by submitting their written request for exclusion to GCG by September 15, 2008 (postmarked). This information was made available to class members in the Class Notice and Summary Notice, on the website (www.tiresettlement.com), and through the toll-free telephone interactive voice response ("IVR") system dedicated to the settlement. As of September 28, 2008, GCG has received 75 timely and potentially valid written requests for exclusion from class members and one late request for exclusion. Attached hereto are Exhibits A and B, listing the names, cities and states of the timely and late requests for exclusion, respectively.

Dated this 6th day of October, 2008

_____
JENNIFER M. KEOUGH

Signed and sworn to before me this 6th day of October, 2008 by Jennifer M. Keough.

_____
NOTARY PUBLIC for Washington
My commission expires: 6\30\11

Notary Public
State of Washington
DANIEL C DISCENZA
My Appointment Expires Jun. 30, 2011

AFFIDAVIT OF JENNIFER M. KEOUGH - 2

Exhibit A

Timely and Potentially Valid Exclusions
As of October 6, 2008

| Last Name, First Name | City | State |
|---|---|---|
| ABBOTT, LYLE D | RATHDRUM | ID |
| ALLEN, JOANNE | RAYMORE | MO |
| ALLEN, MARIE E | HANNIBAL | MO |
| ALLEN, WILLIAM B. | PORTAGE | MI |
| ANDERS, WILLIAM M | PANAMA CITY | FL |
| BEDESSEM JR, LAURENC | BRADENTON | FL |
| BELLEVILLE, LINDA R | VAIL | CO |
| BERNHARDT, GLENN | KENOZA LAKE | NY |
| BOND, ROBERT | PHOENIX | AZ |
| BOS, ALBERT | MANHATTAN | MT |
| BROWN, KARL C | LAKE HAVASU CITY | AZ |
| BRUBAKER, PHILIP | KATY | TX |
| CAMERON, CHARLOTTE E | GALT | CA |
| CARTER, DEIDRA A | GREENVILLE | SC |
| COCKERHAM, CAROLYN W | HAMILTON | MS |
| COUCH, JERRY W | LYNN HAVEN | FL |
| DEMARCO, VICTOR J | MORELAND HILLS | OH |
| DOVE, MARGARET | EXMORE | VA |
| ERWIN, LARRY D | ALPHARETTA | GA |
| FLIS, CYNTHIA A | PLYMOUTH | MI |
| FORSCHLER, WALTER | GONZALES | LA |
| FUSCO SR, RICHARD A | RIO RANCHO | NM |
| GERMANN, AMY L | TRACY | CA |
| GOLDBERG, SAMUEL L | FORT PIERCE | FL |
| GUSTAFSON, DAVID M | DIAMOND SPRINGS | CA |
| HALSTEAD, FRANK C | ALAMOGORDO | NM |
| HARRISON, ADDIE | DETROIT | MI |
| HAYES, THOMAS B | EAST MEADOW | NY |
| HECKER, PAUL V | LA FONTAINE | IN |
| INDELICATO, MICHAEL | TUCKAHOE | NY |
| JAEGER, DUANE C | WICHITA | KS |
| JEFFERSON, JACK A | BLOOMINGTON | MN |
| KAESHOEFER, DALE R | AUSTIN | TX |
| LARSON, JEAN M | FREMONT | CA |
| LEININGER, ALICE | LEESBURG | VA |
| MACKENZIE, JOHN L | GLASGOW | MT |
| MALONE, MARY K | MERRILLVILLE | IN |
| MARCUS, BENJAMIN | BUGLE PASS | TX |
| MASK, DAVID | WEATHERFORD | TX |
| MATTHES, LAURA M | VERO BEACH | FL |
| MENENDEZ, RAMON | LARGO | FL |
| MORGAN, CHARLES R | FAIRFIELD | TX |
| MOSIMAN, LOUIS E | TOPEKA | KS |
| OHANESIAN, RONALD | PHOENIX | AZ |
| OLSEN, RONALD E | OMAHA | NE |
| PALMIERI, LEOPOLD D | CHANDLER | AZ |
| PANANEN, LAUREN W | MILL CREEK | WA |
| PAPOI, STEPHEN R | GRANGER | IN |
| PARENT, ROBERT R | SOUTHLAKE | TX |
| PELLEGRINO, COSTANTI | CARPENTERSVILLE | IL |
| PETERS, ELIZABETH M | LAKEWOOD | CO |

Timely and Potentially Valid Exclusions
As of October 6, 2008

| | | |
|---|---|---|
| PORTUESE, DANIELA | ORMOND BEACH | FL |
| RAGER, JANIS | NORTH MANCHESTER | IN |
| ROEDER, JUNE | RAVENSDALE | WA |
| ROQUET, GREG S | HUNTINGTON | WV |
| ROSENZWEIG, SCOTT | TULSA | OK |
| ROY, CECILE Y | ZELLWOOD | FL |
| SCHAFFER, STANLEY L | SAINT JOHN | IN |
| SCHWEIGER, STEVEN A | CHARLOTTE | NC |
| SMITH, WILLIAM R | SONORA | CA |
| SNYDER, JEAN | COLUMBUS | OH |
| SPENCER, FLOYD | SHELBYVILLE | IL |
| STONE, JOHN B | POLAND | OH |
| STRAUS, DAVID L | LOGANSPORT | LA |
| TAYLOR, NEIL J | LOS ANGELES | CA |
| TEAMERSON, DORIS M | WEBSTER | NY |
| TOTARO, DONALD R | MANHEIM | PA |
| TOWNE, LURENA B | RANCHO MIRAGE | CA |
| TUCKER, THOMAS W | FORT WAYNE | IN |
| WARD, LINDA H | RUCKERSVILLE | VA |
| WEEKS, BOBBY J | LAKE HAVASU CITY | AZ |
| WHALEN, ROBERT J | SAINT CLAIR | PA |
| WILLIAMS, MARYBETH | MOUNT LAUREL | NJ |
| YADDAW, GERALD J | VERNON | NY |
| YOUNGBERG, MARYANNE | PILESGROVE | NJ |

Exhibit B

Late Requests for Exclusion
As of October 6, 2008

| Last Name, First Name | City | State |
|---|---|---|
| SCHUMPERT, JOYCE F | COLUMBIA | SC |